**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Court File No. 00-523 DWF/AJB

BEST VENDORS COMPANY, a
Minnesota corporation d/b/a
BEST VENDORS CO.,

Plaintiff,

**ORIGINAL**

vs.

**PROTECTIVE ORDER**

WIN STUFF, LLC, a New York
limited liability company,

Defendant.

1. This Order governs the handling of all documents and other information produced or given during discovery proceedings in this action which have been designated by the parties as "confidential."

2. "Confidential documents" or "confidential information" as used herein means documents or information that are entitled to confidential treatment pursuant to Fed. R. Civ. P. 26. Confidential documents or confidential information shall be marked "Confidential." Confidential documents or confidential information shall be used by the Parties only for the purposes of preparing for and conducting the above-captioned litigation and for no other purpose.

3. "Confidential information" as used in connection with answers to questions posed in a deposition means information that is entitled to confidential treatment pursuant to Fed. R. Civ. P. 26, or which either party designates in good faith as confidential at the time the question is asked and the answer is provided or at the time the signed copy of the deposition transcript is

FILED MAR 10 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

provided. The fact that either party fails to designate information as confidential at the time the question is posited, shall in no way prejudice its right to assert confidentiality upon a review of the deposition transcript. Any whole transcript or portions of a deposition transcript containing confidential information, shall be marked "Confidential."

4. Confidential documents and/or confidential information may only be disclosed or made available by plaintiff to "Qualified Persons," who are defined to consist of:

a. The Court;

b. Counsel of Record to the parties to the litigation and clerical, secretarial, and paralegal staff employed by such counsel;

c. Court reporters;

d. Experts assisting in the prosecution or defense of the litigation;

e. Parties to the litigation and representatives of the Parties (officers, directors, employees) assisting in the prosecution or defense of the litigation; and

f. Any other person the Parties agree to in advance in writing.

In the event that confidential documents and/or confidential information are disclosed to a prospective expert, he or she shall sign a copy of Exhibit A attached hereto and be bound by the terms of this Order.

5. Nothing herein shall impose any restrictions on the use or disclosure by a party or witness of documents or information obtained by such party or witness independently of the discovery proceedings in the above-captioned litigation.

6. Confidential documents and/or confidential information (including confidential portions of documents or transcripts) used in connection with any motion or hearing in

connection with the litigation shall be filed under seal, submitted to the Court for in camera inspection, or submitted to the Court in such other manner as the parties may agree.

7. At the conclusion of the above-captioned litigation, all confidential documents and all documents containing confidential information and all copies of the documents shall be promptly returned to the Parties' counsel or destroyed. Similarly, all outlines, summaries, abstracts, compilations, memoranda, documents, and the like, constituting embodying, concerning, or disclosing confidential information shall be promptly returned to the parties' counsel or destroyed. Briefs and other court papers prepared for use in the above-captioned litigation which contain confidential information need not be returned or destroyed, but shall be kept confidential.

8. Each Qualified Person who is not a lawyer or staff member employed by a lawyer to whom confidential documents and/or confidential information are being disclosed pursuant to this Order shall be advised that the confidential documents and/or confidential information are being disclosed pursuant to, and subject to the terms of, an Order of the Court and that the sanctions for any violation of this Order include any penalties imposable by the Court.

9. Nothing in this Order shall be deemed a waiver of the right of any party to oppose production or disclosure of information on grounds other than confidentiality, including, but not limited to, relevance, materiality, privilege, work product, or as not being calculated to lead to the discovery of admissible evidence.

10. This Order is entered without prejudice to the right of any party to apply to the Court at any time for additional protection, or to relax or rescind the restrictions of this Order, when convenience or necessity requires. However, until modified by agreement between the

undersigned or by additional Order of this Court, confidential documents and/or confidential information will be treated in accord with the terms of this Order.

11. Any violation of this Order or any unauthorized release by either party of confidential documents or information will subject the party and any other involved persons to sanctions to be imposed by the Court.

BY THE COURT:

Dated: 3-10-2000

Donovan W. Frank
United States District Judge.

# EXHIBIT A

This is to certify that the undersigned has read and is fully familiar with the provisions of the Protective Order regarding confidentiality of discovery materials dated ________________, in the action entitled *Best Vendors Company vs. Win Stuff, LLC,* Court File No. 00-523 DWF/AJB.

As a condition precedent to my examinations of any Confidential Material in connection with this case, or my obtaining any information from said Confidential Material, I hereby agree that the Protective Order shall be deemed to be directed to and shall include me, and I shall observe and comply with the provisions of the Protective Order.

Dated: __________________, 200_

_____________________________________
Name (Signature)

_____________________________________
Name (Print)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

**Clerks Notice In Re: Protective Order** MAR 10 2000

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.